## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                                            Chapter 11

SEBSEN ELECTRIC, LLC,                      Case No.: 8:21-bk-03626-CPM

      Debtor.                         /

### CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW** SEBSEN ELECTRIC, LLC, (the "Debtor") by and through its undersigned attorney, and files this its *Chapter 11 Case Management Summary*, pursuant to Local Rule 2081-1(b), as follows:

1. **Order for Relief**:

   On July 12, 2021 the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Accordingly, pursuant to Bankruptcy Code §§1107(a) and 1108, the Debtor is operating its business and managing its affairs as a Debtor-in-possession.

2. **Related Case(s)**:

   | Name(s) | Case Number(s) | Date of Filing |
   |---|---|---|
   | None | | |

3. **Description of Debtor's business:**

   The Debtor was incorporated on January 21, 2011. The Debtor is an electrical contractor that performs both commercial and residential work. The Debtor frequently works as a subcontractor on larger commercial construction jobs.

4. **Locations of Debtor's operations and whether leased or owned:**

   As of the date of the Petition Date, the Debtor's principal, Anthony S. Italiano, manages the Debtor from 5452 North 56th Street, Tampa, Florida 33610 which the Debtor leases from 56 Commerce Park, LLC.

5. **Reasons for filing Chapter 11:**

   The Debtor filed bankruptcy primarily due to protracted litigation with the National Labor Relations Board. Over the last few years, the Debtor and the National Labor Relations Board have been party to several different lawsuits seeking different relief against each other. Ultimately, the Debtor felt that filing for protection under

Subchapter V of Chapter 11 would allow the Debtor to reach a final resolution with the National Labor Relations Board and cease further litigation.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during one (1) year prior to filing:**

| Name | Title | Interest | Compensation |
|---|---|---|---|
| Anthony S. Italiano | Manager | 100% | $112,030 |
| Joann Italiano | Insider | 0% | $94,150 |

7. **Debtor's annual gross revenues:**

| | |
|---|---|
| 2021 (Estimated YTD - Gross receipts or sales) | $1,841,000 |
| 2020 (Gross receipts or sales) | $2,946,407 |
| 2019 (Gross receipts or sales) | $3,974,643 |

8. **Amounts owed to various classes of creditors:**

   a. Obligations owed to *priority* such as governmental creditors for taxes or individuals for wages:

   | Identity | amounts owed |
   |---|---|
   | Department of Revenue | None |
   | Internal Revenue Service | None |
   | **TOTAL** | **None** |

   b. Identity, collateral, and amounts owed to *secured* creditors:

   | Identity | Collateral | amounts owed |
   |---|---|---|
   | Citizens One | 2019 GMC Sierra Truck | $69,000 |
   | Electrical Supply | Account receivables | $328,000 |
   | Ford Credit | 2018 Ford Transit 250 | $18,000 |

| Keystone Equipment Finance | 2013 Bobcat E45 Mini Excavator, Serial #AG3G13094; 2014 PJTM 14TL-20 Tandem Axle Equipment Trailer, Serial # 4P5T62026E1204107 | $24,200 |
|---|---|---|
| Small Business Admin | Account receivables | $149,900 |
| | **TOTAL** | **$589,100** |

    c.    Amount of ***unsecured*** claims:

| Identity | amounts owed |
|---|---|
| Purchases; Credit; Services; Advertisement; Loans; Deficiencies; Payment arrearages; etc. | $299,850 |
| **TOTAL** | **$299,850** |

9.    **General description and approximate value of the Debtor's current and fixed assets:**

| Description | Approx. Value |
|---|---|
| Chase Bank (Frozen by bank - Garnished for $67,200) | $0 |
| First Horizon Bank - Payroll Checking account xxxx1801 | $91,694 |
| First Horizon Bank - Operating account xxxx8066 | $466 |
| Account receivables | $306,306.23 |
| 2019 GMC Sierra Truck | $65,000 |
| 2018 Ford Transit 250 | $22,000 |
| 2013 Bobcat E45 Mini Excavator, Serial #AG3G13094; 2014 PJTM 14TL-20 Tandem Axle Equipment Trailer, Serial # 4P5T62026E1204107 | $25,000 |
| Miscellaneous equipment | $35,000.00 |
| **TOTAL** | **$545,466.23** |

10.    **Number of employees and amount of wages owed as of Petition date:**

The Debtor has ten (10) employees, including the principal, Anthony Italiano and insider employee, Joann Italiano. There were no past due wages as of the Petition Date. Upon information and belief, the National Labor Relations Board is alleging

    that the Debtor owes approximately $50,000 to two union employees who were unable to find new work after ceasing to perform services for the Debtor.

11. **Status of Debtor's payroll and sales tax obligations, if applicable:**

    There were no pre-petition payroll taxes and/or unemployment compensation obligations due as of the date of filing the Petition. There were no sales tax obligations as of the date of the petition.

12. **Anticipated emergency relief to be requested within fourteen (14) days from the petition date:**

    1. Motion to Use Cash Collateral
    2. Application to Fix Salary of Officer
    3. Application to Fix Salary of Insider Employee
    4. Motion to Determine That Electric Supply, Inc. is a Critical Vendor

13. **Anticipated strategic objectives:**

    The Debtor anticipates reaching a global resolution with the National Labor Relations Board which will allow the Debtor to focus on generating revenue and not participating in litigation.

**RESPECTFULLY SUBMITTED,** on this 14th day of July, 2021.

                    BUDDY D. FORD, P.A.,

                    /s/ Jonathan A. Semach
                    Buddy D. Ford, Esquire (FBN: 0654711)
                    Email: *Buddy@tampaesq.com*
                    Jonathan A. Semach, Esquire (FBN: 0060071)
                    Email: *Jonathan@tampaesq.com*
                    Heather M. Reel, Esquire (FBN: 0100357)
                    Email: *Heather@tampaesq.com*
                    9301 West Hillsborough Avenue
                    Tampa, Florida  33615-3008
                    Telephone #: (813) 877-4669
                    Office Email: *All@tampaesq.com*
                    Attorney for Debtor

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 14th day of July,  2021,  true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF and, by   U.S. Mail to:

  Sebsen Electric, LLC, 5452 56th Commerce Park Boulevard, Tampa, FL 33610

                    /s/ Jonathan A. Semach
                    Jonathan A. Semach, Esquire (FBN: 0060071)
                    Email: *Jonathan@tampaesq.com*